**STATE of Missouri, Respondent,**

v.

**Antoine L. BUFFINGTON, Appellant.**

**No. WD 58312.**

Missouri Court of Appeals, Western District.

May 29, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 3, 2001.

Application for Transfer Denied Aug. 21, 2001.

Susan L. Hogan, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa Sutherland, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., EDWIN H. SMITH and NEWTON, JJ.

## ORDER

PER CURIAM:

Antoine Buffington appeals his conviction following jury trial for rape, section 566.030, RSMo Cum. Supp. 1997, and sentence of ten years imprisonment. In his sole point on appeal, Mr. Buffington claims that the trial court erred in overruling his *Batson* challenge to the State's use of peremptory strikes to remove three venirepersons from the jury. The judgment of the trial court is affirmed. Rule 30.25(b).